111THE WESTRICK LAW FIRM, P.C.
Shawn C. Westrick, State Bar No. 235313
11075 Santa Monica Blvd., Ste. 125
Los Angeles, CA 90025
Tel:   +1.310.746.5303
Fax:   +1.310.943.3373
swestrick@westricklawfirm.com

Attorneys for Plaintiffs
BRITTANY HAGMAN and ALBERTO GIANINI

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, State Bar No. 167223
Roberta H. Kuehne, State Bar No. 225067
P. Bartholomew Quintans, State Bar No. 308085
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0600
Fax:   +1.714.830.0700
barbara.miller@morganlewis.com
roberta.kuehne@morganlewis.com
bart.quintans@morganlewis.com

Attorneys for Defendants
AMAZON FULFILLMENT SERVICES, INC.
and GOLDEN STATE FC LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY HAGMAN, and ALBERTO GIANINI, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AMAZON FULFILLMENT SERVICES, INC., a Delaware Corporation, GOLDEN STATE FC, LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | **Case No.:  1:18-cv-01176-DAD-SKO**<br><br>**CLASS ACTION**<br><br>**STIPULATED FEDERAL RULE OF EVIDENCE 502(d) ORDER** |

Plaintiffs BRITTANY HAGMAN and ALBERTO GIANINI ("Plaintiffs") on behalf of themselves and on behalf of other members of the public similarly situated and Defendants AMAZON FULFILLMENT SERVICES, INC. and GOLDEN STATE FC LLC ("Defendants") (collectively, "the Parties"), by and through their respective undersigned counsel of record, in order to allow the Parties to respond to discovery expeditiously while limiting discovery costs, hereby stipulate for an order pursuant to Federal Rule of Evidence 502(d) that states:

Pursuant to Federal Rule of Evidence 502(d), neither the attorney-client privilege nor the work product protection is waived by disclosure of such information in this litigation. The production of privileged or work product protected documents, whether in electronically stored information or other materials, is not a waiver of the privilege or protection in this case or in any other federal or state proceeding. If any privileged or work product protected documents are produced, the party receiving produced documents ("Receiving Party") shall, at the request of the party producing those documents ("Producing Party"), promptly return such documents (and all copies thereof), including all later created excerpts, summaries, compilations, and other documents or records that include, communicate, or reveal the information claimed to be privileged or protected. A Receiving Party who receives a document that it knows or reasonably should know is privileged shall notify the Producing Party within 3 business days of discovery of the document.

Nothing in this Order overrides any attorney's ethical responsibilities to refrain from examining or disclosing materials that the attorney knows or reasonably should know to be privileged and to inform the Producing Party that such materials have been produced.

Nothing in this Order is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

The provisions of Federal Rule of Evidence 502(b)(2) are inapplicable to the production of protected information under this Order.

This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

The obligations imposed by this Rule 502(d) Order shall survive the termination of this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 4, 2018    THE WESTRICK LAW FIRM, P.C.

                              By */s/ Shawn C. Westrick*
                                  Shawn C. Westrick
                                  Attorney for Plaintiffs
                                  BRITTANY HAGMAN and ALBERTO GIANINI

Dated: September 4, 2018    MORGAN, LEWIS & BOCKIUS LLP

                              By */s/ Roberta H. Kuehne*
                                  Roberta H. Kuehne
                                  Attorneys for Defendants
                                  AMAZON FULFILLMENT SERVICES, INC. and
                                  GOLDEN STATE FC, LLC

## **ORDER**

The Court adopts the stipulated Federal Rule of Evidence 502(d) order submitted by the parties regarding the disclosure of a communication or information covered by the attorney-client privilege or work-product protection.

IT IS SO ORDERED.

Dated: **September 12, 2018**    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE